PROB 12C
(6/16)

Report Date:  January 15, 2026

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 15, 2026

SEAN F. McAVOY, CLERK

ECF No 3

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shane Keaton Agard          Case Number: 0980 4:26CR06001-MKD-1

Address of Offender: ███████████  Toppenish, Washington 98948

Name of Sentencing Judicial Officer: The Honorable Daniel M. Traynor, U.S. District Judge (D/ND)
Name of Supervising Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: January 23, 2023

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846 |
| Original Sentence: | Prison - 46 months; TSR - 36 months |

| | | |
|---|---|---|
| Original Sentence: | Prison - 46 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Unassigned | Date Supervision Commenced: May 16, 2025 |
| Defense Attorney: | Unassigned | Date Supervision Expires: May 15, 2028 |

---

### PETITIONING THE COURT

To issue a summons.

On May 16, 2025, Mr. Agard was released from the custody of the Bureau of Prisons and commenced his term of supervised release. On May 21, 2025, the probation officer reviewed with Mr. Agard all the conditions to which he would be subject while on supervision. He verbalized an understanding of said conditions and signed a copy of his judgement. He was further provided a copy for his reference and records.

On January 7, 2026, jurisdiction of Mr. Agard's case was formally transferred from the District of North Dakota to the Eastern District of Washington.

The probation officer believes that Mr. Agard has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: Mr. Agard is considered to be in violation of his supervised release by incurring a new law violation, namely, driving under the influence, on or about January 2, 2026, in Benton County District Court, docket T00126266-WSP-CT. |
| | On or about January 2, 2026, Mr. Agard's mother called the probation office and informed he was in jail after an arrest for driving under the influence. Later that same day following his release from custody, Mr. Agard called the probation officer and immediately admitted to having consumed alcohol and having been arrested for driving under the influence. |

Prob12C
**Re: Agard, Shane Keaton**
**January 15, 2026**
**Page 2**

A copy of Mr. Agard's citation from the Washington State Patrol confirmed these reports and indicate allegations that Mr. Agard was driving while under the influence of alcohol with a blood alcohol content of 0.165%. This case remains pending in Benton County District Court.

2          **Special Condition # 1**: You must totally abstain from the use of alcohol and illegal drugs or the possession of controlled substances, as defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants or psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning.

**Supporting Evidence**: Mr. Agard is considered to be in violation of his supervised release by consuming alcohol on or about January 2, 2026.

On or about January 2, 2026, Mr. Agard was arrested for driving under the influence in Benton County District Court, docket T00126266-WSP-CT, as further enumerated in the supporting evidence for violation 1. Additionally, Mr. Agard verbally admitted to having consumed alcohol on the aforementioned date and supplied a written admission memorializing those statements.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 15,2026

s/Ashleigh Miller

Ashleigh Miller
U.S. Probation Officer

**THE COURT ORDERS**
[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

M.K.Dimke

Signature of Judicial Officer

January 15, 2026

Date